1-16 of 35 results for **V Doctor** : **Standard Process**                                        Sort by:  Featured

**Brand**

Any Brand
**Standard Process**

Grant a few birthday wishes

Shop gift cards ›

Ad feedback

Standard Process - Congaplex - 150 Capsules
288

$40⁶⁰ ($0.27/Count)
FREE Shipping
Only 3 left in stock - order soon.

Standard Process - Ligaplex II - 150 Capsules
356

$37⁰⁰ ($0.25/Count)
FREE Shipping
Only 5 left in stock - order soon.

Standard Process - Immuplex - 150 Capsules
213

$58⁶⁰ ($0.39/Count)
FREE Shipping
Only 7 left in stock - order soon.

Standard Process - Calcium Lactate - 330 Tablets
185

$30⁴⁰ ($0.09/Count)
FREE Shipping
Only 4 left in stock - order soon.

Standard Process - Cholacol - 90 Tablets
273

$17⁸⁰ ($0.20/Count)
FREE Shipping
Only 2 left in stock - order soon.



Standard Process - Magnesium Lactate - 90 Capsules

158

$35⁸⁰ ($0.40/Count)

FREE Shipping
Only 12 left in stock - order soon.



Standard Process - Allerplex - 150 Capsules

222

$34⁰⁰ ($0.23/Count)

FREE Shipping
Only 1 left in stock - order soon.



Standard Process - Zypan - 330 Tablets

74

$60⁴⁰ ($0.18/Count)

FREE Shipping
Only 1 left in stock - order soon.



Standard Process - Catalyn - 360 Tablets

279

$55⁰⁰ ($0.15/Count)

FREE Shipping
Only 8 left in stock - order soon.

Standard Process - ProSynbiotic - 90 Capsules

120

$47⁸⁰ ($0.53/Count)

FREE Shipping
Only 6 left in stock - order soon.

Standard Process - Trace Minerals-B12-90 Tablets

126

$20²⁰ ($0.22/Count)

FREE Shipping
Only 3 left in stock - order soon.



### Standard Process - Min-Chex - 90 Capsules
131

$32⁸⁰ ($0.36/Count)

FREE Shipping
Only 12 left in stock - order soon.



### Standard Process - Drenamin - 360 Tablets
90

$53⁷² ($0.15/Count)

FREE Shipping
Only 6 left in stock - order soon.



### Standard Process - Cardio-Plus - 330 Tablets
222

$59⁸⁰ ($0.18/Count)

FREE Shipping
Only 8 left in stock - order soon.



### Standard Process - Cataplex B - 360 Tablets
219

$51⁴⁰ ($0.14/Count)

FREE Shipping
Only 9 left in stock - order soon.

### Standard Process - A-F Betafood - 180 Tablets
66

$30⁴⁰ ($0.17/Count)

FREE Shipping
Only 3 left in stock - order soon.

← Previous | **1** | 2 | 3 | Next →

## Need help?

Visit the help section or contact us

See the New
2020 Acura RDX

vehicles

Learn more

Ad feedback

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | Become an Affiliate | Reload Your Balance | Amazon Assistant |
|  | Advertise Your Products | Amazon Currency Converter | Help |
|  | Self-Publish with Us |  |  |
|  | › See More |  |  |

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music
Stream millions
of songs | Amazon
Advertising
Find, attract, and
engage customers | Amazon Drive
Cloud storage
from Amazon | 6pm
Score deals
on fashion brands | AbeBooks
Books, art
& collectibles | ACX
Audiobook
Publishing
Made Easy | Alexa
Actionable Analytics
for the Web |
| Sell on Amazon
Start a Selling
Account | Amazon Business
Everything For
Your Business | Amazon Fresh
Groceries & More
Right To Your Door | AmazonGlobal
Ship Orders
Internationally | Home Services
Handpicked Pros
Happiness
Guarantee | Amazon Ignite
Sell your original
Digital Educational
Resources | Amazon Rapids
Fun stories for
kids on the go |

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original
Audio Performances

Book Depository
Books With Free Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews &
recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

Skip to main content
Try Prime

V Doctor ▾

EN
▾

Hello, Sign in
**Account & Lists** ▾

Returns
**& Orders**

Try Prime ▾

**0**
Cart

Hello
**Select your address**

Today's Deals    Best Sellers    Customer Service    Find a Gift    Registry    New Releases    Gift Cards    Sell

17-32 of 35 results for **V Doctor** : Standard Process

Sort by:  Featured

**Brand**
  Any Brand
  **Standard Process**



Ad feedback

**Standard Process - Antronex - 330 Tablets**
222

$49⁸⁰ ($0.15/Count)
FREE Shipping
Only 12 left in stock - order soon.

**Standard Process - Ligaplex I - 150 Capsules**
156

$38¹⁰ ($0.25/Count)
FREE Shipping
Only 15 left in stock - order soon.

**Standard Process - A-F Betafood - 360 Tablets**
208

$57⁴⁰ ($0.16/Count)
FREE Shipping
Only 13 left in stock - order soon.

**Standard Process - Glucosamine Synergy - 90 Capsules**
84

$39⁴⁰ ($0.44/Count)
FREE Shipping
Only 11 left in stock - order soon.

**Standard Process - Spanish Black Radish - 270 Tablets**
60

$35⁸⁰ ($0.13/Count)
FREE Shipping
Only 4 left in stock - order soon.





### Standard Process - Gastrex - 90 Capsules
41

$29^{20} ($0.32/Count)

FREE Shipping
Only 4 left in stock - order soon.

### Standard Process - Prolamine Iodine - 180 Tablets
36

$24^{40} ($0.14/Count)

FREE Shipping
Only 4 left in stock - order soon.



### Standard Process - Cyruta Plus - 360 Tablets
138

$59^{20} ($0.16/Count)

FREE Shipping
Only 19 left in stock - order soon.



### Standard Process - Renafood - 180 Tablets
59

$39^{40} ($0.22/Count)

FREE Shipping
Only 15 left in stock - order soon.



### Standard Process - Enzycore - 150 Capsules
40

$41^{80} ($0.28/Count)

FREE Shipping
Only 12 left in stock - order soon.

### Standard Process - Multizyme - 150 Capsules

1

$47⁷⁰ ($0.32/Count)

FREE Shipping
Only 17 left in stock - order soon.



### Standard Process - Okra Pepsin E3-150 Capsules

14

$62²⁰ ($0.41/Count)

FREE Shipping
Only 2 left in stock - order soon.



### Standard Process - Calcium Lactate - 800 Tablets

162

$60⁴⁰ ($0.08/Count)

FREE Shipping
Only 12 left in stock - order soon.



### Standard Process - Diaplex - 150 Capsules

7

$49⁶⁰ ($0.33/Count)

FREE Shipping
Only 12 left in stock - order soon.



### Standard Process - Min-Tran - 800 Tablets

144

$56¹⁰ ($0.07/Count)

FREE Shipping
Only 6 left in stock - order soon.

### Standard Process - Catalyn GF - 360 Tablets

70

$57⁴⁰ ($0.16/Count)

FREE Shipping
Only 10 left in stock - order soon.

← Previous   1   **2**   3   Next →

## Need help?

Visit the help section or contact us



VitaLiver Liver-Health Cleanse and Detox Supplement with Milk Thistle - All-Natural Liquid...

$33.72                    2,004

Shop now

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See More | | |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | | | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with
Amazon
Discover & try
subscription services

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2020, Amazon.com, Inc. or its affiliates

Skip to main content
Try Prime

V Doctor ▾

EN ▾

Hello, Sign in
**Account & Lists** ▾

Returns
**& Orders**

**Try Prime** ▾

**0**
Cart

Hello
**Select your address**

Today's Deals    Best Sellers    Customer Service    Find a Gift    Registry    New Releases    Gift Cards    Sell

33-35 of 35 results for **V Doctor** : Standard Process

Sort by:  Featured

**Brand**

Any Brand
**Standard Process**

Grant a few birthday wishes

Shop gift cards ›

Ad feedback

Standard Process - Cataplex G - 360 Tablets

59

$53²⁰ ($0.15/Count)

FREE Shipping
Only 4 left in stock - order soon.

Standard Process - Cataplex GTF - 180 Tablets

8

$34⁶⁰ ($0.19/Count)

FREE Shipping
Only 10 left in stock - order soon.

Standard Process - A-C Carbamide - 270 Capsules

50

$65²⁰ ($0.24/Count)

FREE Shipping
Only 10 left in stock - order soon.

← Previous    1    2    **3**    Next →

## Need help?

Visit the help section or contact us

See the New
2020 Acura RDX

vehicles    Learn more

Ad feedback

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English          United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates